```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>          Plaintiff,<br><br>     vs.<br><br>AIR DYNAMICS, INC., etc.<br><br>          Defendant. | NO. C 06 4335 PJH<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL<br>AND ORDER |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for October 26, 2006 at 2:30 p.m. in Courtroom No. 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:     October 25, 2006

10/26/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On October 25, 2006 I served the within NOTICE .OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Mark Strachan
Air Dynamics, Inc.
P.O. Box 389
Sunol, CA 94586**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2006 at San Francisco, California.

Sharon Eastman